IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Pension Benefit Guaranty Corporation, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:13cv266 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Uforma/Shelby Business Forms, Inc., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on January 21, 2014 (Doc. 35), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 7, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss Pension Benefit Guaranty Corporation's

claims against 2480 Sprouse Drive, 10001 Alliance Road, 2322 Clifton Avenue, Samuel L.

Peters, LLC, and Peters Ohio, LLC (Doc. 19) is **GRANTED.**

**IT IS SO ORDERED.**

___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court