UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | : | Case No. 1:13-cv-00266 |
| | : | **Judge Susan Dlott** |
| Plaintiff, | | **Magistrate Judge Karen L. Litkovitz** |
| | : | |
| vs. | | |
| | : | |
| UFORMA/SHELBY BUSINESS FORMS INC., et al. | : | |
| | | |
| Defendants, | : | |
| \* \* \* \* \* \* \* \* \* | : | |
| PENSION BENEFIT GUARANTY, | : | Case No. 1:13-cv-00898 |
| | : | |
| Plaintiff, | : | **Judge Susan Dlott** |
| | | **Magistrate Judge Karen L. Litkovitz** |
| vs. | : | |
| | | |
| STAPLES CONTRACT & COMMERCIAL, INC., | : | |
| | : | |
| Defendant/Third Party Plaintiff, | : | |
| | | |
| vs. | : | |
| | | |
| UFORMA/SHELBY BUSINESS FORMS INC., et al., | : | |
| | | |
| Third Party Defendants. | : | |
| | : | |

**[PROPOSED] ORDER GRANTING THE JOINT MOTION OF PLAINTIFF PENSION BENEFIT GUARANTY CORPORATION , DEFENDANT/THIRD PARTY PLAINTIFF STAPLES CONTRACT & COMMERCIAL, INC., AND DEFENDANTS UFORMA/SHELBY BUSINESS FORMS, INC., ET AL. TO CONSOLIDATE CASE NOS. 1:13-CV-00266 AND 1:13-CV-00898 AND AMEND THE PRELIMINARY PRETRIAL CONFERENCE ORDER TO SET A NEW DATE TO FILE THE RULE 26(F) REPORT OF THE PARTIES**

Upon consideration of the Joint Motion of all parties to consolidate Case Nos. 1:13-cv-00266 and 1:13-cv-00898 and amend the Preliminary Pretrial Conference Order in Case No. 1:13-cv-00266 [ECF No. 37] to set a new deadline for the parties to file a Rule 26(f) Report of the Parties that encompasses a joint discovery plan, it is hereby ORDERED that these cases are consolidated. It is further ORDERED that the Preliminary Pretrial Conference Order in Case No. 1:13-cv-00266 is amended to continue the March 18, 2014 deadline for the parties to file a Rule 26(f) Report of the Parties to *April 4*, 2014.

IT IS SO ORDERED.

_3/14/2014_
Date

_Karen L. Litkovitz_
UNITED STATES MAGISTRATE JUDGE